# United States Bankruptcy Court
## District of Colorado

In re **Purple Peony, Inc**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Purple Peony, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Christopher Mecklenburg**
**812 Peterson Street**
**Fort Collins, CO 80524**

**Stefanie Mecklenburg**
**812 Peterson Street**
**Fort Collins, CO 80524**

☐ None [*Check if applicable*]

**October 24, 2023**
Date

**/s/ K. Jamie Buechler**
**K. Jamie Buechler 30906**
Signature of Attorney or Litigant
Counsel for **Purple Peony, Inc**
**Buechler Law Office, L.L.C.**
**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
**720-381-0045 Fax:720-381-0382**
**Jamie@kjblawoffice.com**