| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Purple Peony, Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Barista Pro Shop** 5888 Wright Drive Loveland, CO 80538 | | | | | | $0.00 |
| **Boxelder Sanitation** PO Box 1518 Fort Collins, CO 80524 | | | | | | $0.00 |
| **Capital One Spark Business** P.O. Box 60519 City of Industry, CA 91716-0519 | | Business Credit Card | | | | $14,043.30 |
| **City and County of Broomfield** Sales Tax Administration Division P.O. Box 407 Broomfield, CO 80038-0407 | | Sales Tax (Quarter 2 2023) | | | | $0.00 |
| **City of Boulder** 1777 Broadway Boulder, CO 80302 | | Sales Tax | | | | $0.00 |
| **City of Fort Collins** Sales & Use Tax 215 N. Mason Street Fort Collins, CO 80524 | | Sales & Use Tax | | | | Unknown |
| **City of Lafayette** 1290 South Public Road Lafayette, CO 80026 | | Sales Tax | | | | $0.00 |
| **Colorado Department of Labor & Employmen** 633 17th Street, #201 Denver, CO 80202 | | Payroll Taxes | | | | Unknown |

Debtor **Purple Peony, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Colorado Department of Revenue**<br>P.O. Box 17087<br>Denver, CO 80217 | | **Sales Tax estimate** | | | | $1,004.23 |
| **Colorado Department of Revenue**<br>P.O. Box 17087<br>Denver, CO 80217 | | **Withholding Tax** | | | | $387.00 |
| **Colorado Department of Revenue**<br>PO Box 17087<br>Denver, CO 80217 | | **RDF estimate** | | | | $31.86 |
| **Colorado Support Family Registry**<br>1575 Sherman Street, #5<br>Denver, CO 80203 | | **Employee Garnishment Payable** | | | | $371.14 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101 | | **Payroll Taxes** | | | | $876.45 |
| **John D. Walsh**<br>235 Margaret King Avenue<br>Ringwood, NJ 07456 | | | | | | $47.30 |
| **Johnson Muffly & Dauster, PC**<br>323 South College Avenue, Suite 1<br>Fort Collins, CO 80524 | | **Legal Fees** | | | | $15.00 |
| **Key Bank**<br>49109 Tiedeman Road<br>Brooklyn<br>Cleveland, OH 44144 | | **309 S Summit View Dr Unit 9 & 14 , Fort Collins, CO 80524 (Value as of 8/4/2020 - CBRE Appaisal)** | | $2,726,000.00 | $490,000.00 | $2,236,000.00 |
| **Larimer County Treasurer**<br>200 W Oak Street<br>Fort Collins, CO 80521 | | **Property Taxes - 309 S Summit view Dr 9, Fort Collins, CO** | | | | $5,492.81 |
| **Larimer County Treasurer**<br>200 W Oak Street<br>Fort Collins, CO 80521 | | **Property Taxes - 309 S Summit View Dr 14, Fort Collins, CO** | | | | $4,029.22 |

Debtor **Purple Peony, Inc**　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unify Accounting Solutions, LLC<br>1345 Gaylord St., Apt. 4<br>Denver, CO 80206** | | **Accounting Services** | | | | **$639.70** |
| **USAA VISA<br>P.O. Box 65020<br>San Antonio, TX 78265-5020** | | **Business Credit Card** | | | | **$811.25** |